This document was signed electronically on October 16, 2014, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  October 16, 2014



Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

B14-14107

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re:<br><br>    Canute G. Lemon<br>    Barbara J. Ekuibe-Lemon<br><br>        Debtors | CASE NO. 14-15529<br><br>CHAPTER 13<br><br>JUDGE PAT E. MORGENSTERN-CLARREN<br><br>**(4418 E. 141st Street, Cleveland, OH 44128)** |

**AGREED ORDER RESOLVING RESPONSE OF BANK OF AMERICA, N.A. TO DEBTORS' MOTION TO VOID SECOND MORTGAGE, DOCKET NUMBER 18**

This matter is before the Court on the Motion of Debtor to Strip of Secured Status the Second Mortgage held by The Bank of New York Mellon FKA The Bank of New York, As Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on Behalf of The Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-E by and through its servicer, Bank of America, N.A. ("Creditor"), and Creditor's Response thereto, docket number 18.  The parties agree that there is no equity beyond the superior liens for the junior lien of Creditor

to attach as secured, and thus Debtor's Motion is well premised. The parties further agree that Creditor shall not be required to file a release or satisfaction of mortgage until and unless this case completes through to discharge under Chapter 13 of the bankruptcy code.

Subject only to the above, Creditor hereby WITHDRAWS its Response in Opposition to the Motion to Avoid Lien.

**IT IS SO ORDERED:**

# # #

SUBMITTED AND APPROVED BY:

The Law Offices of
John D. Clunk Co., LPA

**/S/ LeAnn E. Covey**
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@johndclunk.com

**/s/ Renee Heller**
Renee Heller (0062894)
14077 Cedar Road, Suite 101
Cleveland, Ohio 44118
(216) 691-0404

**SERVICE LIST**

LeAnn E. Covey
4500 Courthouse Blvd., Ste 400
Stow, OH 44224

Renee Heller
14077 Cedar Road
Suite 101
Cleveland, OH 44118

Canute G. Lemon
4418 E. 141st Street
Cleveland, OH 44128

Barbara J. Ekuibe-Lemon
4418 E. 141st Street
Cleveland, OH 44128

Craig H Shopneck
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321