This document was signed electronically on November 4, 2014, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 4, 2014



Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: Canute Lemon : Chapter 13 Case No. 14-15529
     Barbara Ekuibe-Lemon :
      : Judge Morgenstern-Clarren
     Debtors :
      :
      : **ORDER ON MOTION TO VALUE**
      : **COLLATERAL (FIRST MORTGAGE**
      : **OF SELECT PORTFOLIO SERVICING)**

     This matter is before the Court on Debtors' Motion to Value Collateral (First Mortgage of Select Portfolio Servicing, Inc.).

     The Court finds that debtors have alleged that good cause exists for granting the Motion. Further, no party in interest has filed a response or otherwise appeared in opposition. Therefore, this Court finds debtors' Motion to be well taken, and it is granted.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Debtors' Motion to Value Collateral is hereby granted. The secured first mortgage of Select Portfolio Servicing, Inc. for the real estate located at 11820 Forest Avenue, Cleveland, OH 44120 will be valued at $5,000.00. Debtor will pay that amount, plus 5.25% interest through the Plan, and upon completion of the Plan and the issuance of a discharge, the lien will be discharged.

     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the filing of a certified copy of this order and a certified copy of the Chapter 13 order of discharge with the appropriate state or county officer together with the payment of any fees due shall act as a release and satisfaction of the within mortgage lien.

     **IT IS SO ORDERED.**

Prepared by:

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtors
14077 Cedar Road, Suite 101
Cleveland, OH 44118
(216) 691-0404

## CERTIFICATE OF SERVICE

A copy of the foregoing *Order* was sent via regular US mail, postage prepaid, or electronically to the following:

Craig Shopneck, Chapter 13 Trustee
ch13shopneck@ch13cleve.com

Canute and Barbara Ekuibe-Lemon, debtors
4418 E 141st Street, Cleveland, OH 44128

SPS,
PO BOX 551170, JACKSONVILLE, FL  32255-1170

SLS
8742 Lucent Blvd., Ste 300, Littleton, CO 80129

Bank of America
PO Box 5170, Simi Valley, CA 93062-5170

/s/ Renée Heller
Renée Heller
Attorney for Debtors