```
                          United States Bankruptcy Court
                            Northern District of Ohio
```

In re:                                                          Case No. 14-15529-pmc
Canute G. Lemon                                                 Chapter 13
Barbara J. Ekuibe-Lemon
        Debtors
                          **CERTIFICATE OF NOTICE**

District/off: 0647-1            User: erams              Page 1 of 1            Date Rcvd: Nov 12, 2014
                                Form ID: pdf747          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db/db         +Canute G. Lemon,    Barbara J. Ekuibe-Lemon,    4418 E. 141st Street,    Cleveland, OH 44128-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA
cr              THE BANK OF NEW YORK MELLON
                                                                                           TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2014 at the address(es) listed below:
          Craig H Shopneck    ch13shopneck@ch13cleve.com,  cshopneck13@ecf.epiqsystems.com
          LeAnn E. Covey   on behalf of Creditor    THE BANK OF NEW YORK MELLON bknotice@johndclunk.com
          LeAnn E. Covey   on behalf of Creditor    BANK OF AMERICA bknotice@johndclunk.com
          Renee   Heller    on behalf of Debtor Canute G. Lemon rhlegal@aol.com
          Renee   Heller    on behalf of Debtor Barbara J. Ekuibe-Lemon rhlegal@aol.com
                                                                                             TOTAL: 5

This document was signed electronically on November 12, 2014, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 12, 2014



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Canute G Lemon ) Case No. 14-15529
Barbara J Ekuibe-Lemon ) Chapter 13 Proceedings
Debtors ) Judge Pat E. Morgenstern-Clarren

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM(S) OF EXEMPTION**

This case came on for consideration upon the Trustee's Objection to Claim(s) of Exemption. No response was filed by the debtors.

**IT APPEARS** to the Court that the Trustee's Objection to Claim(s) of Exemption is well taken and accordingly will be sustained.

**IT IS, THEREFORE, ORDERED** that the Trustee's Objection to Claim(s) of Exemption be and it hereby is sustained; and

**IT IS FURTHER ORDERED** that the claim(s) of exemption as to the 2006 Hyundai Santa Fe be disallowed, as set forth in the Trustee's Objection.

Submitted by:
/S/ Craig Shopneck
_____
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

Renee Heller, Attorney for Debtors
(served via ECF)

Barbara J Ekuibe-Lemon & Canute G Lemon, Debtors
4418 East 141st Street
Cleveland OH 44128


CS/bas
11/12/14


###